IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01351-MEH

NICOLE ORTEGA, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

DENVER INSTITUTE L.L.C., a Nevada limited liability company, d/b/a Aveda Institute Denver, and
DALE L. LEMONDS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2014**.

    The Joint Motion to Modify Scheduling Order [filed December 22, 2014; docket #22] is **granted**. For good cause shown, the Scheduling Order in this case is modified as follows:

Discovery cutoff:        March 17, 2015
Dispositive motions due:    April 15, 2015

All other deadlines and conference dates will remain the same.