IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01351-MEH

NICOLE ORTEGA, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

DENVER INSTITUTE L.L.C., a Nevada limited liability company, d/b/a Aveda Institute Denver, and
DALE L. LEMONDS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 20, 2015.**

    Defendants' Unopposed Motion for Protective Order [filed January 20, 2015; docket #24] is **granted**. Defendants shall submit a copy of their proposed protective order, in useable format (Word or Word Perfect), to my Chambers at hegarty_chambers@cod.uscourts.gov.