IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  14-cv-01351-MEH

NICOLE ORTEGA, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

DENVER INSTITUTE L.L.C., a Nevada limited liability company, d/b/a Aveda Institute Denver and
DALE L. LEMONDS,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Michael E. Hegarty on July 30, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motion for Summary Judgment filed by the Defendant, Denver Institute L.L.C. and Dale L. LeMonds is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Denver Institute L.L.C. and Dale L. LeMonds, and against Plaintiff, Nicole Ortega.  It is

FURTHER ORDERED that Defendant, Denver Institute L.L.C. and Dale L. LeMonds, shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are

DISMISSED with prejudice.

DATED at Denver, Colorado this __31st__ day of July, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. Libid
Stacy Libid, Deputy Clerk